IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-01540-WDM-CBS

DEVLIN DONALDSON, LARRY YONKER; AND
THE ELEVATION GROUP, INC.,

    Plaintiffs,

v.

BJL PARTNERS,
MARK A. BANKFORD,
PHILLIP JACOBSON AND
TIFFANY GORDON,

    Defendants.
_____

**ORDER**
_____

This matter having come before the court on the parties' Stipulated Motion to Stay Pending Meditation/Arbitration, and the court having reviewed the file and having otherwise been advised, does hereby grant the motion.

This matter is stayed for four months from the date hereof.  The parties shall file a written status report of the progress of the mediation/arbitration on or before February 20, 2006.

DATED at Denver, Colorado, on October 18, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL