IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01540-WDM-CBS

DEVLIN DONALDSON, et al.,

      Plaintiffs,

v.

BJL PARTNERS, et al.,

      Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Plaintiff having failed to comply with this court's local rules D.C.COLO.LCivR 10.1K, the 2 motions to lift stay and to reinstate are stricken.

      Plaintiff shall respond to the defendants' Written Status Report on or before February 27, 2006.

Dated:  February 21, 2006

                                                      s/ Jane Trexler, Secretary/Deputy Clerk