IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01540-WDM-CBS

DEVLIN DONALDSON, et al.,

    Plaintiffs,

v.

BJL PARTNERS, LLC, et al.,

    Defendants.

_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In accordance with the Stipulated Motion to Withdraw Request to Lift Stay and Reinstate filed March 24, 2006, it is now ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before March 26, 2007, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on March 27, 2006

                                                    BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States District Judge

PDF FINAL